

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

———————————

No. 07-21-00192-CR

———————————

## EX PARTE WILLIAM DONALD STANLEY

On Appeal from the 31st District Court
Gray County, Texas
Trial Court No. 11377; Honorable Phil N. Vanderpool, Presiding

January 24, 2022

## MEMORANDUM OPINION

Before PIRTLE and PARKER and DOSS, JJ.

Appellant, William Donald Stanley, appeals from the trial court's *Order on Motion to Set Reasonable Bond*. Pending before this court is Appellant's motion to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by Appellant and his attorney. As no decision of the court has been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.